# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:15-cv-00692-GMN-CWH |
| vs. ) | **ORDER** |
| SFR INVESTMENTS POOL 1, LLC, et al., ) | |
| Defendants. ) | |

Presently before the Court in the parties' Stipulated Discovery Plan and Scheduling Order (Special Scheduling Review Requested) (Doc. #17). The parties request a discovery period of twelve months rather than the standard one hundred and eighty day discovery period. The Court has reviewed the submitted plan and finds that the parties do not provide a sufficient explanation of why the extended discovery period is necessary under LR 26-1(d).

IT IS THEREFORE ORDERED that the parties' Stipulated Discovery Plan and Scheduling Order (Doc. #17) is DENIED.

DATED: July 23, 2015.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**