DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
BRETT M. COOMBS, ESQ.
Nevada bar No. 12570
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: brett.coombs@akerman.com

*Attorneys for plaintiff and counter-defendant Bank of America, N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>   Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL I, LLC; SBH 2 HOMEOWNERS' ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>   Defendants. | Case No.: 2:15-cv-00692-GMN-CWH<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |
| SFR INVESTMENTS POOL I, LLC, a Nevada limited liability company,<br><br>   Counterclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a national association; GREGG HERNANDEZ ESCAMILLA, JR., an individual; FRANCES L. ESCAMILLA, an individual,<br><br>   Counter-Defendant/Cross-Defendant. | |
| SBH 2 HOMEOWNERS ASSOCIATION,<br><br>   Third-Party Plaintiff,<br><br>vs.<br><br>NEVADA ASSOCIATIONS SERVICES, INC.<br><br>   Third-Party Defendant. | |

{39532169;1}                                     1

Plaintiff and counter-defendant Bank of America, N.A. (**BANA**), by and through its counsel of record, Akerman LLP, hereby provide notice that Donna M. Wittig, Esq. is no longer associated with the firm of Akerman LLP.  BANA requests that Ms. Wittig be removed from the Court's CM/ECF service list.

Akerman LLP will continue to represent BANA and requests that Darren T. Brenner and Brett M. Coombs receive all future notices.

Respectfully submitted, this 16th day of September, 2016.

       **AKERMAN LLP**

       /s/  *Brett M. Coombs*

       Darren T. Brenner, Esq.
       Nevada Bar No. 8386
       Brett M. Coombs, Esq.
       Nevada bar No. 12570
       1160 Town Center Drive, Suite 330
       Las Vegas, Nevada 89144

       *Attorneys for plaintiff and counter-defendant Bank of America, N.A.*

## COURT APPROVAL

IT IS SO ORDERED.

Date: September 16, 2016

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY on the 16th day of September, 2016, and pursuant to FRCP 5, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL**, postage prepaid and addressed to:

Kelley K Blatnik, Esq.
BLATNIK LAW, LLC
8275 South Eastern Avenue, Suite 200-425
Las Vegas, Nevada  89123
Email: blatniklaw@gmail.com

Edward D. Boyack, Esq.
BOYACK ORME & TAYLOR
401 North Buffalo Drive, Suite 202
Las Vegas, Nevada  89145
Email:  ted@boyacklaw.com

*Attorneys for SBH 2 Homeowners Association*

Christopher V. Yergensen, Esq.
NEVADA ASSOCIATION SERVICES, INC.
6224 West Desert Inn Road
Las Vegas, Nevada  89146
Email: chris@nas-inc.com

*Attorneys for Nevada Association Services, Inc.*

Howard C. Kim, Esq.
Diana Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139
Email: howard@kgelegal.com

*Attorneys for SFR Investments Pool 1, LLC*

                                                             */s/ Josephine Washenko* _____
                                                             An employee of AKERMAN LLP

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572