DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: darren.brenner@akerman.com
Email: jared.sechrist@akerman.com

*Attorneys for Plaintiff and Counter-defendant*
*Bank of America, N.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:15-cv-00692-GMN-CWH |
| Plaintiff, | |
| v. | |
| SFR INVESTMENTS POOL 1, LLC; SBH 2 HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Counterclaimant, | |
| v. | |
| BANK OF AMERICA, N.A., a national association; GREGG HERNANDEZ ESCAMILLA, JR., an individual; FRANCES L. ESCAMILLA, an individual. | |
| Counter-Defendant/Cross-Defendant, | |
| SBH 2 HOMEOWNERS ASSOCIATION, | |
| Third-Party Plaintiff, | |
| v. | |
| NEVADA ASSOCIATION SERVICES, INC. | |
| Third-Party Defendant. | |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

45651014;1

PLEASE TAKE NOTICE that Plaintiff/Cross-Defendant Bank of America, N.A. hereby provides notice that Brett M. Coombs, is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Bank of America, N.A. in this action. All future correspondence, papers and future notices in this action should continue to be directed to Darren T. Brenner, Esq. and Jared M. Sechrist, Esq.

Respectfully submitted, this 28th day of June, 2018.

**AKERMAN LLP**

*/s/ Jared Sechrist*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Plaintiff and Counter-Defendant*
*Bank of America, N.A.*

## COURT APPROVAL

IT IS SO ORDERED.
Date: June 29, 2018

_____
UNITED STATES MAGISTRATE JUDGE

45651014;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of June, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST,** addressed to:.

Edward D Boyack, Esq.
**Boyack Orme & Anthony**
7432 W Sahara Ave.  Ste. 101
Las Vegas, NV 89117
*Attorneys for SBH 2 Homeowners Association*

Brandon E. Wood, Esq.
Christopher V. Yergensen, Esq.
**Nevada Association Services, Inc.**
6224 West Desert Inn Road
Las Vegas, Nevada 89146

*Attorneys for Nevada Association Services, Inc*

Howard C. Kim, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
Diana S. Ebron, Esq.
**Kim Gilbert Ebron**
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

/s/ Doug J. Layne
An employee of AKERMAN LLP

45651014;1