DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
VATANA LAY, ESQ.
Nevada bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff and Counter-Defendant*
*Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:15-cv-00692-GMN-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR MOTIONS FOR SUMMARY JUDGMENT** |
| SFR INVESTMENTS POOL I, LLC; SBH 2 HOMEOWNERS' ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | **(First Request)** |

SFR INVESTMENTS POOL I, LLC, a Nevada limited liability company,

     Counterclaimant,

vs.

BANK OF AMERICA, N.A., a national association; GREGG HERNANDEZ ESCAMILLA, JR., an individual; FRANCES L. ESCAMILLA, an individual,

     Counter-Defendant/Cross-Defendant.

SBH 2 HOMEOWNERS ASSOCIATION,

     Third-Party Plaintiff,

vs.

NEVADA ASSOCIATIONS SERVICES, INC.

     Third-Party Defendant.

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff and counter-defendant Bank of America, N.A., (**BANA**), defendant and third-party plaintiff SBH 2 Homeowners Association (**HOA**), third-party defendant Nevada Association Services (**NAS**), and defendant and counterclaimant SFR Investments Pool 1, LLC (**SFR**), hereby jointly submit this Stipulation and Order to Extend the Deadline for Motions for Summary Judgment (First Request) pursuant to LR IA 6-1 and LR 26-4. This is the first stipulation to extend the deadline set by the Court's June 4, 2018 minute order instructing the parties to file motions for summary judgment within twenty-one days (ECF No. 104). The deadline is currently **June 25, 2018**. The HOA filed its motion for summary judgment on June 13, 2018.

Because of summer vacation season, counsel for BANA, SFR, and NAS have been unable to finish review of the summary judgment motions they intend to file in this matter. The parties therefore request a seven-day extension of the deadline to file the motions. The new deadline should be **July 2, 2018**.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

45580851;1

The parties make this request in good faith and believe good cause exists for extending these deadlines. The motion is not made for purposes of undue delay and will not prejudice any party.

Respectfully submitted, this 22nd day of June, 2018.

**AKERMAN LLP**

By: */s/ Vatana Lay*
    DARREN T. BRENNER, ESQ.
    Nevada Bar No. 8386
    VATANA LAY, ESQ.
    Nevada Bar No. 12993
    1635 Village Center Circle, Suite 200
    Las Vegas, Nevada 89134

    *Attorneys for Plaintiff Bank of*
    *America, N.A.*

**KIM GILBERT EBRON**

By: */s/ Diana S. Ebron*
    DIANA S. EBRON, ESQ.
    Nevada Bar No. 10580
    JACQUELINE A. GILBERT, ESQ.
    Nevada Bar No. 10593
    KAREN L. HANKS, ESQ.
    Nevada Bar No. 9578
    7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada 89139

    *Attorneys for Defendant SFR Investments*
    *Pool 1, LLC*

**BOYACK ORME & ANTHONY**

By:*/s/ Kelley K. Blatnik*
    EDWARD D. BOYACK, ESQ.
    Nevada Bar No. 005229
    KELLEY K. BLATNIK, ESQ. (of
    counsel)
    Nevada Bar No. 12768
    7432 W. Sahara Avenue, Suite 101
    Las Vegas, Nevada 89117

    *Attorneys for Defendant SBH 2*
    *Homeowners Association*

**NEVADA ASSOCIATION SERVICES, INC.**

By: */s/ Brandon E. Wood*
    BRANDON E. WOOD, ESQ.
    Nevada Bar No. 12900
    6224 West Desert Inn Road
    Las Vegas, Nevada 89146

    *Attorneys for Defendant Nevada Association*
    *Services, Inc.*

### ORDER

The parties' deadline for filing motions for summary judgment shall be July 2, 2018.

DATED this __30__ day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

45580851;1