MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1 LLC; SBH 2 HOMEOWNERS' ASSOCIATION; DOE INDIVIDUALS I–X; inclusive, and ROE CORPORATIONS I–X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00692-GMN-CWH<br><br>**JOINT MOTION TO STAY AND NOTICE OF SETTLEMENT** |
| AND ALL RELATED CLAIMS. | |

Bank of America N.A. (**BANA**) and SFR Investments Pool 1, LLC jointly move to stay this matter for 120 days as a result of a settlement reached by the parties.  The property at issue in this case is part of a more global settlement between BANA and SFR and while the settlement agreement has been executed, SFR has been unable to perform a condition precedent to finalizing the agreement due to complications related to the COVID-19 pandemic.  The parties have agreed to an extension of the deadline to perform the condition precedent.

…

…

54644531;1

To allow time for performance of certain requirements of the settlement, the parties respectfully ask the court to stay the action for 120 days. After the 120 days the parties will file a status update about the settlement.

DATED this 23rd day of September, 2020.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Scott R. Lachman* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Bank of America, N.A.* | */s/ Jacqueline A. Gilbert* <br> DIANA S. EBRON, ESQ. <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, NV 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

## ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the parties shall file either dismissal documents or a Joint Status Report informing the Court of the status of settlement by January 25, 2021

Dated this __25__ day of September, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2

54644531;1